# EXHIBIT A-1



International Language Services, Inc.
515 Madison Avenue, 8th Floor New York, NY  10022
(212) 856-9848
info@ilslanguages.com

CASE NAME:       *United States v. Herberth Rodriguez*

EXHIBIT:         GX 1500 - 2bsdVvNnXVA

DATE:            N/A

TIME:            N/A

LANGUAGES:       SPANISH/ENGLISH

PARTICIPANTS:    N/A

ABBREVIATIONS:   [U/I] Unintelligible
                 [PH] Phonetic spelling
                 Transcriptionist's note [ ]
                 *English in italics*

GX 1500 – 2bsdVvNnXVA                                            1

| ENGLISH TRANSLATION | ORIGINAL TRANSCRIPTION | ON-SCREEN TEXT |
|---|---|---|
| [BEGINNING OF VIDEO] | [COMIENZO DEL VIDEO] | |
| | | 18st New York Representando<br><br>[18 St New York Representing] |
| This one's for the block. Straight from my journal pages. Soldiers with no wages, things that go down and happen in my hood. | Y esto va para el barrio. Historias de mi diario. Soldados sin salario. Cosas que te pasan y se viven por mi vecindario. | Representando<br><br>[Representing] |
| Smokin' on the corner with my mic and my speaker, sippin' with the hood, daily life… | Fumando por la esquina con el micro y mi bocina, pisteando por la banda en mi rutina… | Seras cabronas, pero la vida primero te ara fuerte!<br><br>[You may be a bad motherfucker, but life will first toughen you up!] |
| … waitin' on the smoke to knock me out to sleep. You know we out here tatted, 18th Street. I studied in the streets, in my chaos and graduated with a Cholo degree. | … esperando que el humo me haga dormir. Se sabe que estamos aquí con un placazo 18 Street. Estudié en la calle, en mi desmadre y saqué diploma de Cholo. | No soy mejor que nadie; Pero si Diferente a todos.<br><br>[I'm not better than anyone else; But I am Different from Everyone.] |
| Since a kid I ran it solo, even rollin' by myself, by the bridge, got a hit of that reefer, let every damn Cholo know we hold it down. | Desde morro yo controlo y eso que a veces ando solo por el puente y con un toque de grifa, para que sepa todo pinche cholo que aquí se rifa. | |

| ENGLISH TRANSLATION | ORIGINAL TRANSCRIPTION | ON-SCREEN TEXT |
|---|---|---|
| I'm rollin' with Menor and that pale-skinned [man], bringin' heat to gangster life… | Ando con el menor y ese güero poniéndole rigor al estilo pandillero... | |
| … let the whole world know that the boss runs the show, Barrio 18, XVIII. I'm out here with the money just strollin' through, San Martín, some sippin', some lightin' up weed too, taggin' 18 on the walls. I'm just chillin', scopin' out the hood 'cause some fools act bold where there's no need. | ... pa' que sepa el mundo entero que aquí manda el mero mero, Bario XVIII 18ero. Pero aquí ando con la plata caminando, San Martín, unos pisteando, otros quemando mota, grafiteando la *18*. Aquí ando, tranqui nomás viendo quién anda en el vecindario, pues hay quienes quieren ponerse chulos donde no es necesario. | No me molesta que la gente hable mal de mi, Normalmente los perros ladran cuando no conocen a la gente.<br><br>[I don't mind people badmouthing me, dogs usually bark when they see strangers.] |
| I've been out here from the jump, repping the hood, scoring point after point. My name comes up everywhere, it almost sounds like a rule, but look close, it's respect. | Desde cuando yo ando aquí, tirando barrio, sumando punto tras de punto. Mi nombre sale en cualquier asunto. Hasta parece decreto. Pero si lo guacha bien, eso es respeto. | |
| Conejo and Pequeña have been runnin' things for a while, throwin' up that XVIII [sign]. We're still holdin' the reins, keepin' the hood connected. | Ese Conejo y el Pequeña ya tiempo controlando, tirando la seña XVIII. Seguimos en el mando poniendo al barrio en la conecta. | |
| Chabelo out on 18, holdin' it down and clean, New York representing, 82nd still loud on the scene. | Ese Chabelo en la 18 se proyecta como debe de en la recta, New York representando, la 82 sigue sonando. | |
| Chemo is spittin' lyrics that bang through your speakers. New York representing, 82nd still loud on the scene. Chemo is spittin' lyrics… | El Chemo está tirando balas de letras que tus bocinas siguen retumbando. New York representando, la 82 sigue | |

| ENGLISH TRANSLATION | ORIGINAL TRANSCRIPTION | ON-SCREEN TEXT |
|---|---|---|
| | sonando. El Chemo está tirando balas de letra... | |
| … that bang through your speakers. I'm going crazy in this dangerous world, lighting up the gangsta path with style, getting into shootouts,  in a city full of madness. | ... que tus bocinas siguen retumbando. Ando loco en este mundo peligroso prendiendo fuego con saoco al camino malandroso, rifando balacera en una ciudad de loquera. | |
| I choose to be a shark inside the fishtank, I like to stay humble but don't get it wrong. The tiger and the dog always run in the mix, but if you shoot, I'm quick with the assist. And if you run off, you might just end up where my clip extends. | Yo elijo ser un tiburón en la pecera. Me gusta ser humilde, pero no se confunda, el tigre y el perro siempre abunda, pero si usted le tira, yo le hago segunda y si usted se escapa, no pasa de que sea mi funda. | Se diferente. Para que la gente; Pueda verte con claridad entre la multitud.<br><br>[Be different. So that people; Can spot you clearly in the crowd.] |
| I walk with whom I should, even if the devil is in my ear. If I owe you, I'll pay. I don't play when I speak. I've got money on my mind and a gangsta demeanor. | Camino con quien debo, aunque me aconseja el diablo. Si te debo, yo lo pago. Yo sé de lo que hablo. Tengo mente de dinero y actitud de pandillero. | |
| I'm loyal to my people, never changing because of the money. Fought my wars on 82nd, and I stand on my word. All I've got today, I thank God for. | Soy leal a los que quiero y nunca cambio por dinero. He guerreado en la 82 y lo que digo lo sostengo. Pues gracias a Dios hoy tengo lo que tengo. | No expliques con manzanas, lo que tienes que decir con huevos<br><br>BEST<br><br>La Rifa!<br><br><br>[Don't break it down with apples if you must say it with balls.<br><br>BEST |

GX 1500 – 2bsdVvNnXVA

4

| ENGLISH TRANSLATION | ORIGINAL TRANSCRIPTION | ON-SCREEN TEXT |
|---|---|---|
|  |  | Represent!] |
| My pops is still prayin' while I'm out here running down foes. Micro and Pantera shooting. People screamin', and Santa Muerte [Holy Death] is watchin' while the homies finish what we started. | Tengo a mi jefecito orando mientras ando a los chavalas correteando. El Micro y El Pantera disparando. Hay gente gritando y una santa está wachando mientras los homies a los demás estamos rematando. |  |
| I got into a world of pussies, fakes, and traitors, 'till I earned my stripes with my 18th street homies. Now we're here, the crew all lit off that weed, we repping, we run things, brotherhood so strong, you can see it. Now we're here, the crew all lit off that weed. | Me metí en un mundo de culeros, putos y chabaleros hasta que me fui ganando puntos con mis homies 18eros. Hoy aquí estamos con la banda bien grifota. Rifamos, controlamos, el carnalismo se nos nota. Y hoy aquí estamos con la banda bien grifota. |  |
| We rep, we run things, brotherhood so strong, you can see it. | Rifamos, controlamos, el carnalismo se nos nota. |  |
| I'm just sayin' that I don't say a thing, and when I do, I only say what I need to speak. Here goes a firm salute, my homie Chapulín. | Yo solo digo que yo no digo nada. Y cuando digo solo digo lo que tengo que decir. Ahí les va un saludo firme, mi estimado Chapulín. |  |
| I'm just chillin', scopin' out who's in the hood 'cause some fools act bold where there's no need. I've been out here from the jump, hustling, scoring point after point. My name comes up everywhere, it | Aquí ando, tranqui nomás viendo quién anda en el vecindario, pues hay quienes quieren ponerse chulos donde no es necesario. Desde cuando yo ando aquí tirando barrio, sumando punto tras de punto. Mi nombre sale en cualquier asunto. Hasta parece decreto. |  |

GX 1500 – 2bsdVvNnXVA                                              5

| ENGLISH TRANSLATION | ORIGINAL TRANSCRIPTION | ON-SCREEN TEXT |
|---|---|---|
| almost sounds like a rule, but look close, it's respect. | Pero si lo guacha bien, eso es respeto. | |
| Conejo and Pequeña have been runnin' things for a while, throwin' up that XVIII [sign]. We're still holdin' the reins, keepin' the hood connected. Chabelo out on 18, holdin' it down and clean, New York representing, 82nd still loud on the scene… | Ese Conejo y el Pequeña, ya tiempo controlando, tirando la seña XVIII, seguimos en el mando, en el mando, poniendo al barrio en la conecta. Ese Chabelo en la 18 se proyecta como debe de en la recta, New York representando, la 82 sigue sonando... | |
| ... Chemo is spittin' lyrics that bang through your speakers. | ... el Chemo está tirando balas de letras que tu bocinas siguen retumbando. | |
| New York representing, 82nd still loud on the scene. Chemo is spittin' lyrics that bang through your speakers. | New York representando, la 82 sigue sonando. El Chemo está tirando balas de letras que tu bocinas siguen retumbando. | |
| New York representing, 82nd still loud on the scene. Chemo is spittin' lyrics that bang through your speakers. | New York representando, la 82 sigue sonando. El Chemo está tirando balas de letras que tu bocinas siguen retumbando. | |
| New York representing, 82nd still loud on the scene. Chemo is spittin' lyrics that bang through your speakers... | New York representando, la 82 sigue sonando, el Chemo está tirando balas de letras que tus bocinas siguen retumbando... | Si no te queda ningún camino; Combiertete en todo terreno.<br><br>[If you don't have a path; Turn into all terrain.] |
| [END OF VIDEO] | [FIN DEL VIDEO] | |