# EXHIBIT B-1

(to be provided electronically)