# EXHIBIT A-2



International Language Services, Inc.
515 Madison Avenue, 8th Floor New York, NY  10022
(212) 856-9848
info@ilslanguages.com

| | |
|---|---|
| CASE NAME: | *United States v. Herberth Rodriguez* |
| EXHIBIT: | GX 1501 - _Iz_RrqXQiY |
| DATE: | N/A |
| TIME: | N/A |
| LANGUAGES: | SPANISH/ENGLISH |
| PARTICIPANTS: | N/A |
| ABBREVIATIONS: | [U/I] Unintelligible<br>[PH] Phonetic spelling<br>Transcriptionist's note [ ]<br>*English in italics* |

| **ENGLISH TRANSLATION** | **ORIGINAL TRANSCRIPTION** | **ON-SCREEN TEXT** |
|---|---|---|
| [BEGINNING OF VIDEO] | [COMIENZO DEL VIDEO] | |
| Here comes the train, and danger's on the track. The Beast is ridin' high, repping for life. That's 82nd — may God bless her. Shoutout to the crew, let's keep repping. That's right. That's right. We die on the West Side. We multiply with the XVIII. That's right. You see it, 18's back in this fucked-up world that got me heated. Here come my rhymes, every second, my man. | Ya viene el tren y el peligro viene en él. La bestia viene arriba, viene rifando de por vida. Es 82, mi Dios me la bendiga. Saludos para todos. Rifemos que esto siga. Así es. Así es. Nos morimos en el lado West. Nos multiplicamos con el XVIII. Así es. Tú la ves, la 18 otra vez en este puto mundo que me provocó. Ahí te van mi rima por segundo, loco. | Welcome to Queens<br><br>18st |
| My enemy, you know that nothing compares to me, don't know why they wanna play with a gun and bullets. They think just 'cause they copy, they're the real deal. Been here from the jump, stayin' true, never fake. | Chabala, tú sabes que nada se me iguala, no sé por qué quiere jugarle con el mazo y sus balas, creen que por ser imitación ya son real. Juntos desde cuando yo ando aquí siendo original. | |
| You know what I'm saying, deal with me is not the same [U/I] I'm going to win, in the street this is my game. Only flow I have for you, I roll up in your hood with a straight out fuck you. I don't wanna front like I'm cool, 'cause I'm not. But if I see you on the turf, you know I'm gonna shoot. | *You know what I'm saying, deal with me is not the same [U/I] I'm going to win, in the street this is my game. Only flow I have for you*, en tu barrio yo me asomo *with a straight out fuck you. I don't wanna front like I'm cool, 'cause I'm not.* Si te veo en el territorio, tú sabes que voy a disparar. | |
| Rollin' it up in paper, on Roosevelt, I'm turnin' the level up. Holdin' the emblem high, 18's takin' over your system. This track is my | Aquí enrolándola en papel, por la Roosevelt, voy subiéndole el nivel, poniendo en alto el emblema, 18 controlando tu sistema. Es mi lema esta tema, siempre *ready* para | Los Barrio's Me Conocen<br><br>Calle XVIII |

GX 1501 – _Iz_RrqXQiY    2

| ENGLISH TRANSLATION | ORIGINAL TRANSCRIPTION | ON-SCREEN TEXT |
|---|---|---|
| motto, always ready if there's a problem. Rollin' it up in paper, on Roosevelt, I'm turnin' the level up. Holdin' the emblem high, 18's takin' over your system. This track is my motto, always ready if there's a problem.<br><br>[Text: The Neighborhoods Know Me 18th Street] | cualquier problema. Aquí rolándola en papel por la Roosevelt. Voy subiéndole al nivel. Poniendo en alto el emblema. 18 controlando tu sistema. Es mi lema esta tema, siempre *ready* para cualquier problema. | |
| We out in the streets representing the Mexican hood, kickin' it in the chaos with a gun in my hands. | Estamos en la calle tirando el barrio mexicano, cotorreando en el desmadre con el mazo en la mano. | |
| You know what's up, my brother, when a guy hits the street, weed style, the crew starts wildin', and Roosevelt gets dangerous.<br><br>[Text: NY Representing] | Tú sabes mi hermano qué es lo que pasa cuando un loco está en la calle con su porte mariguano, la raza se divierte y la Roosevelt peligrosa se convierte. | NY Representando |
| Under the 7 train, dudes have fun, cholos, they turn into death. I know your mama used to warn you, don't hang with that kid representing 18 like it's cool. Better stay sharp with your fake talk.  Fuck MS, fuck the cops too, we rep what we rep, 18 from Puebla to California. | Bajo el tren 7 [U/I] vatos se divierten cholos que en la muerte se convierten. Yo sé que tu mamá te lo decía, no te juntes con ese que la 18 lucía. Ay, mejor ponte trucha con tu hipocresía. A la verga, mierda trucha también la policía, aquí rifa la que rifa, 18 desde Puebla hasta Califas. | |
| If you're smokin' that green, I'm smokin' the good stuff. If you're sniffing coke, don't play dumb 'cause I'm the one who used to sell it to you.  Don't copy me. You know I control the block. | Si tú fumas de la verde, yo fumo de la chida. Si tú te metes de la blanca no te hagas güey, que yo soy el que te la vendía, no vengas con la mía, que tú sabes que controlo la avenida. No se haga traga daga, que esta lengua no se traba. Nos | Viva La Calle XVIII<br><br>Señor, Cuidame de mis Amigos; Que de mis |

GX 1501 – _Iz_RrqXQiY                                                                                                       3

| **ENGLISH TRANSLATION** | **ORIGINAL TRANSCRIPTION** | **ON-SCREEN TEXT** |
|---|---|---|
| Don't come at me with your front, this tongue don't stutter. We spread like a plague, and if you fuck up, the beast will eat you up.<br><br>[Text: Long Live 18 Street<br><br>Lord, save me from my friends, because I'll take care of my enemies.] | expandimos como plaga y el que la caga, la bestia se lo traga. | Enemigos, Me encargo yo. |
| You know what I'm saying, deal with me is not the same [U/I] I'm going to win, in the street this is my game. Only flow I have for you, I roll up in your hood with a straight out fuck you. I don't wanna front like I'm cool, 'cause I'm not. But if I see you on the turf, you know I'm gonna shoot.<br><br>[Text: EVERYTHING IS FINE<br><br>THEY SAID…] | *You know what I'm saying, deal with me is not the same [U/I] I'm going to win, in the street this is my game. Only flow I have for you,* en tu barrio yo me asomo with a straight out fuck you. *I don't wanna front like I'm cool, 'cause I'm not.* Si te veo en el territorio, tú sabes que voy a disparar. | NO PASA NADA<br><br>DECIAN... |
| Rollin' it up in paper, on Roosevelt, I'm turnin' the level up. Holdin' the emblem high, 18's takin' over your system. This track is my motto, always ready if there's a problem. Rollin' it up in paper, on Roosevelt, I'm turnin' the level up. Holdin' the emblem high, 18's takin' over your system. This track is my motto, always ready if there's a problem. | Aquí enrolándola en papel, por la Roosevelt, voy subiéndole al nivel, poniendo en alto el emblema, 18 controlando tu sistema. Es mi lema esta tema, siempre *ready* para cualquier problema. Aquí rolándola en papel por la Roosevelt. Voy subiéndole al nivel. Poniendo en alto el emblema. 18 controlando tu sistema. Es mi lema esta tema, siempre *ready* para cualquier problema. | |

| **ENGLISH TRANSLATION** | **ORIGINAL TRANSCRIPTION** | **ON-SCREEN TEXT** |
|---|---|---|
| To all the associates. To all the big dogs. Don't push me on the rebound. You know I rep my big numbers. 1-8, sending greetings from behind bars. We're still here. We're not leaving, you already know we rep and die for 82. We multiply. I've seen big dogs rise up and fall down. Killing MS has become my job. I don't like to talk too much. Wherever I go, this is how it is for all my homeboys. | A todos los civiles. A todos los perrotes. No me empujes en rebotes. Que tú sabes que rifo mis numerotes. 1-8 saludando tras barrotes. Aquí seguimos. No nos vamos, ya tú sabes que por la 82 rifamos y nos morimos. Nos multiplicamos. He visto perros grandes tocar arriba y tocar abajo. Matar a mierda seca se ha vuelto mi trabajo. No me gusta hablar de más. Dondequiera que yo voy, esta es la que hay para todos mis *homeboys*. | |
| We're still in the game, risking it all and schooling fools. Shoutout to the homegirls who hold it down for the hood. We're still here in the area, taming the opposition. Hey, everybody with your hands up, 'cause with this one, I raise it up. Hands up, "Es" up. To all the Roosevelt homies, 18 on top, you're 18 to the core, your life is in the line. | Seguimos en la juega peligrando y dando escuela. Saludos a las jainas que se ponen firmes con el barrio. Aquí seguimos por la zona sometiendo a los contrarios. Ey, todos con la mano en alto, que con esta lo levanto. *Hands up,* "Es" *up*. A a todos los Roosevelteros, la 18 arriba, que se sienta 18ero, que su vida la peligra. | |
| The solid ones are up above, remembered for life. Shoutout to the associates who supported the cause. We're still here, among missiles, remembering our homies from back home. | Los firmes están arriba, recordados de por vida. Saludos a los civiles que apoyaron a la causa. Aquí seguimos entre misiles recordando paisas. | |
| You know what I'm saying, deal with me is not the same [U/I] I'm going to win, in the street this is my | *You know what I'm saying, deal with me is not the same [U/I] I'm going to win, in the street this is my game. Only flow I have for you,* en tu barrio | |

| ENGLISH TRANSLATION | ORIGINAL TRANSCRIPTION | ON-SCREEN TEXT |
|---|---|---|
| game. Only flow I have for you, I roll up in your hood with a straight out fuck you. I don't wanna front like I'm cool, 'cause I'm not. But if I see you on the turf, you know I'm gonna shoot. | yo me asomo with a straight out fuck you. *I don't wanna front like I'm cool, 'cause I'm not.* Si te veo en el territorio, tú sabes que voy a disparar. | |
| Rollin' it up in paper, on Roosevelt, I'm turnin' the level up. Holdin' the emblem high, 18's takin' over your system. This track is my motto, always ready if there's a problem. Rollin' it up in paper, on Roosevelt, I'm turnin' the level up. Holdin' the emblem high, 18's takin' over your system. This track is my motto, always ready if there's a problem. Rollin' it up in paper, on Roosevelt, I'm turnin' the level up. Rollin' it up in paper, on Roosevelt, I'm turnin' the level up. [Text: Chemo Son] | Aquí rolándola en papel por la Roosevelt. Voy subiéndole al nivel. Aquí rolándola en papel por la Roosevelt. Voy subiéndole al nivel, poniendo en alto el emblema, 18 controlando tu sistema. Es mi lema esta tema, siempre *ready* para cualquier problema. Aquí rolándola en papel por la Roosevelt. Voy subiéndole al nivel. Poniendo en alto el emblema. 18 controlando tu sistema. Es mi lema esta tema, siempre *ready* para cualquier problema. Aquí rolándola en papel por la Roosevelt. Voy subiéndole al nivel. Aquí rolándola en papel por la Roosevelt. Voy subiéndole al nivel. | Chemo Mijo |
| [END OF VIDEO] | [FIN DEL VIDEO] | |