# EXHIBIT A-3



International Language Services, Inc.
515 Madison Avenue, 8th Floor New York, NY  10022
(212) 856-9848
info@ilslanguages.com

CASE NAME:          *United States v. Herberth Rodriguez*

EXHIBIT:            GX 1502 - xS6tel3Jzng

DATE:               N/A

TIME:               N/A

LANGUAGES:          SPANISH/ENGLISH

PARTICIPANTS:       N/A

ABBREVIATIONS:      [U/I] Unintelligible
                    [PH] Phonetic spelling
                    Transcriptionist's note [ ]
                    *English in italics*

| ENGLISH TRANSLATION | ORIGINAL TRANSCRIPTION | ON-SCREEN TEXT |
|---|---|---|
| [BEGINNING OF VIDEO] | [COMIENZO DEL VIDEO] | |
| Hey, I want some flow — and I want more show too. Stay on point, kid, this just got out of control. I want more money, and more [U/I] too. We don't live at full speed, we live beyond the limit. In the hood, everybody already knows who I am. Big ups to all my TLS homies; straight up 18. We've got respect. And we've got control, too. If you clash with these dudes, your life is over. We've got respect. And we've got control.<br><br>[Text: 18st 82th Bloke 54TLS NY<br><br>E gang or don't bang Y<br><br>Eze Chemo Fit Big Pirate<br><br>54 Tiny Locos N.Y. Chemo<br><br>Carranza<br><br>Mexico<br><br>82th Bloke That Chemo] | Hey, quiero flow y también más show. Póngase verga mijo, que esto se desordenó. Quiero más pisto y también más [U/I]. Aquí no se vive a 100. Aquí se vive al millón. En el barrio todos ya saben quién soy. Arriba todos mis *homies TLS*, puro 18. Tenemos respeto. Y también el control. Si topas con estos locos, tu vida se terminó. Tenemos respeto. Y también el control. | 18st 82th Bloke 54TLS NY<br><br>E gang or don't bang Y<br><br>Eze Chemo Fit Piraton<br><br>54 Tiny Locos N.Y. Chemo<br><br>Carranza<br><br>Mexico<br><br>82th Bloke Ese Chemo |
| You know what's up with the 5th letter [E]. Soldiers without fear, watching the sidewalk. A lot of brotherhood. Yeah, that's the truth. | Tú sabes que pedo con la 5.ª letra. Soldados sin miedo, guachas en mi banqueta. Mucho carnalismo. Simón. Esa es la neta. | Sim8n aki recordando NY 18ST |

| **ENGLISH TRANSLATION** | **ORIGINAL TRANSCRIPTION** | **ON-SCREEN TEXT** |
|---|---|---|
| [text: Yeah here remembering NY 18ST] | | |
| Cliqued in. Pride, it's overflowing. You want trouble? Go ahead. Earn that respect. It's not worth going up against a hood full of homies. We're doing just fine, in the streets or in prison. Forgive me, Mom, for my bad decisions. I never meant to make you cry with so much stress, but I swear, it's the devil who is in my ear.<br><br>[Text: Big Hood Eighteen 18 Street] | Está clicado. Orgullo, está repleta. ¿Vas a jalarle? Dale. Gánese el respeto. No vale echarle a un barrio que de compas está repleto. Estamos a toda madre en calles o prisiones. Perdóname, madre, por mis malas decisiones. Nunca quise hacerte llorar con tantas quejas, pero te puedo jurar que es el demonio el que me aconseja. | Big Barrio Dieci8<br><br>Street 18 |
| Don't worry because retaliation is in my game. With a .38, I roll solid, reppin' X8, so the whole world knows 18 is here.<br><br>[Text: Full throttle or Chaos<br><br>Brown n Proud] | Usted no se agüite que en el juego anda mi desquite, con una 38 me jalo firme tirando el X8 pa' que sepa todo el mundo que aquí para la 18. | A Toda Madre o A Desmadre<br><br>Borwn n Proud |
| My gun and my balls are ready for my enemy if he wants to test me. Pack of MS assholes. It's already written in my notebook. I'm Mex-Aztec, part of the crew, and the one holding the shotgun, hustling on the sidewalk, with bullets | Para el chapete está mi cuete y mis huevos pa' que me rete. Par de mierda seca. Está escrito en mi libreta. Soy Mejica-Azteca, y es combo y el que carga la escopeta perreando la banqueta con balas de mi metra. Ingeniero Diablo y yo Chabelo. | Stay Firme<br><br>Ponte Trucha Homies<br><br>Brown n Proud<br><br>BARRIO 18<br><br>Chemo |

GX 1502 – xS6tel3Jzng                                                                                        3

| ENGLISH TRANSLATION | ORIGINAL TRANSCRIPTION | ON-SCREEN TEXT |
|---|---|---|
| from my machine gun. Devil Engineer and me, Chabelo.<br><br>[Text: Stay Strong<br><br>Stay alert homies<br><br>Brown n Proud<br><br>HOOD 18<br><br>Chemo<br><br>Respect Unity Revenge<br><br>Big Gang] | | Respeto Unión Venganza<br><br>La Big Pandilla |
| Hey, I want some flow — and I want more show too. Get sharp, kid, this just got out of control. I want more money, and more [U/I] too. We don't live at full speed, we live beyond the limit. In the hood, everybody already knows who I am. Big ups to all my TLS homies, straight up 18. We've got respect. And we've got control, too. If you cross paths with these dudes, your life is over. We've got respect. And we've got control.<br><br>[Text: For Life<br><br>We don't die, we multiply<br><br>18th Streeters] | Hey, quiero *flow* y también más show. Póngase verga mijo, que esto se desordenó. Quiero más pisto y también más [U/I]. Aquí no se vive al 100, aquí se vive al millón. En el barrio todos ya saben quién soy. Arriba todos mis *homies* TLS, puro 18. Tenemos respeto. Y también el control. Si topas con estos locos, tu vida se terminó. Tenemos respeto. Y también el control. | De VXIIda<br><br>No Morimos, Nos multiplicamos<br><br>DIES18CHEROS |
| Outlaw, with skill and all the violence. My mind only thinks about kicking your | Malandro, con destreza y toda la violencia. Mi mente solo piensa en patear tu jeta que | New York Roosevelt<br><br>San Berna |

GX 1502 – xS6tel3Jzng                                                                 4

| ENGLISH TRANSLATION | ORIGINAL TRANSCRIPTION | ON-SCREEN TEXT |
|---|---|---|
| jaw, you ain't worth shit, so you better think twice before acting tough and stepping into this jungle.<br><br>[Text: New York Roosevelt<br><br>San Berna<br><br>That Big Pirate<br><br>UNO<br><br>Eze Chemo 82th TLS] | valgas vergas así que mejor piensa antes de ponerte fiera y pisar esta selva. | Ese Piraton<br><br>UNO<br><br>Eze Chemo 82th TLS |
| 'Cause I'm a fucking lion, and you're my fucking prey. There's no truce here, and definitely no equals. If you cross paths with this pirate, you're done for. Let me show you my turf, it's called San Berna. Bald and tatted up, may your style never die. Shoutout to my land — and fuck the system. Since I was a kid, I've been into trouble.<br><br>[Text: Shoutout to the Street XV3] | Que yo soy un pinche león y tú eres mi puta presa. Aquí no hay tregua y menos paralelos. Si topas con este pirata valiste verga. Te presento mi terreno, se llama San Berna. Pelón y bien placozo que tu estilo no muera. Arriba a mi tierra y a la verga el sistema, desde morro me ha gustado andar en la loquera. | Viva La Calle<br><br>XV3 |
| When the shooting starts, I get harder, I say a prayer to Santa Muerte [Holy Death] and grab a gun. The street taught me how to earn respect, where the only thing that counts is your balls. I live and pray | Cuando se arma el fuego siempre me hago recio, me encomiendo con mi flaca y me bajo un fierro. La misma calle me ha enseñado a ganar respeto, donde lo único que cuentan son tus huevos. Vivo y rezo por la calle. Todo tiene precio. | 54 Tiny Locos N.Y.<br><br>Piraton |

| ENGLISH TRANSLATION | ORIGINAL TRANSCRIPTION | ON-SCREEN TEXT |
|---|---|---|
| for the street. Everything's got a price.<br><br>[Text: 54 Tiny Locos N.Y.<br><br>Big Pirate] | | |
| They tried to take me down, but they never could. I live 24/7, always on alert. The ones who touched me once don't know what's coming. 'Cause I'm still in the game, and I ain't going anywhere. I fell in love with the streets since I was a kid. So stay sharp, I'm back now. What's good, homie Chemo? You tell me what's next.<br><br>[Text: Crazy [guy] from the streets<br><br>You've changed a lot, says the person that made you change] | Me quisieron tumbar pero nunca pudieron. Vivo 24/7 siempre bien alerta. Los que un día me tocaron no saben lo que les espera. Pues sigo en el juego y de aquí no me muevo. Me enamoré de la calle desde que era huerco. Así que trucha, ya estoy de regreso. ¿Qué tranza, *homie* Chemo? Tú dime que haremos. | Loco Callejero<br><br>Estas muy diferente, dijo la persona que te hizo cambiar |
| Hey, I want some flow — and I want more show too. Get sharp, kid, this just got out of control. I want more money, and more [U/I] too. We don't live at full speed, we live beyond the limit. In the hood, everybody already knows who I am. Big ups to all my TLS homies; straight up 18. We've got respect. | Hey, quiero *flow* y también más show. Póngase verga mijo, que esto se desordenó. Quiero más pisto y también más [U/I]. Aquí no se vive al 100, aquí se vive al millón. En el barrio todos ya saben quién soy. Arriba todos mis *homies TLS*, puro 18. Tenemos respeto. Y también el control. Si topas con estos locos, tu | 54 Tiny Locos N.Y.<br><br>Chabelo |

| **ENGLISH TRANSLATION** | **ORIGINAL TRANSCRIPTION** | **ON-SCREEN TEXT** |
|---|---|---|
| And we've got control, too. If you cross paths with these dudes, your life is over. We've got respect. And we've got control.<br><br>[Text: 54 Tiny Locos N.Y. Chabelo] | vida se terminó. Tenemos respeto. Y también el control. | |
| Yeah, yeah, the hood's on top. And even if it hurts them, here comes the drop. Living dreams, taking it day by day, since I was young, repping with the homeboys. This is life, cholo, girls and joy, so when my time comes, I won't feel like I let it slide. A lot of people talk death, not knowing I walk with her. She's my advisor, the one who allows me, the one who's always riding beside me. And it's also my mother's prayers that never leave, begging I play it safe, you know she misses me. | *Yeah, yeah,* el pueblo está en la cima. Y aunque les duela, ahí les va la rima. Viviendo sueños, caminando al día, desde pequeño ya rifando con la jauría. Esto es vida, cholo, jainas, y alegría, pa' cuando llegue el día, no sentir que de algo me perdía. Muchos hablan de la muerte sin saber que aquí la traigo. Es mi consejera, la que me permite, la que siempre va conmigo. También son las oraciones de mi madre las que me acompañan rogando tome precauciones, que ya tú sabes que me extrañan. | |
| I have my scapulary and insane backup for any rival punk who thinks he's too tough. I roll with the cholos, and no one messes with me, 'cause repping [U/I] rah! Hey, I want some flow — and I want more show too. Get | Traigo escapulario y un respaldo demente para cualquier puto contrario que se sienta muy pudiente. Soy de los cholos y nadie que me violente porque rifando va [U/I] oponente, ¡ra! Hey, quiero *flow* y también más show. Póngase verga mijo, que esto se | Big barrio Dieci8<br><br>B.E.ST.<br><br>54 Tiny Locos N.Y.<br><br>Chemo<br><br>Have a Blessed and firme Dia |

GX 1502 – xS6tel3Jzng

7

| **ENGLISH TRANSLATION** | **ORIGINAL TRANSCRIPTION** | **ON-SCREEN TEXT** |
|---|---|---|
| sharp, kid, this just got out of control. I want more money, and more [U/I] too. We don't live at full speed, we live beyond the limit. In the hood, everybody already knows who I am. Big ups to all my TLS homies; straight up 18. We've got respect. And we've got control, too. If you cross paths with these dudes, your life is over.<br><br>[Text: Big hood Eighteen<br>B.E.ST.<br>54 Tiny Locos N.Y.<br>Chemo<br>Have a Blessed and solid Day] | desordenó. Quiero más pisto y también más [U/I]. Aquí no se vive al 100, aquí se vive al millón. En el barrio todos ya saben quién soy. Arriba todos mis *homies TLS*, puro 18. Tenemos respeto. Y también el control. Si topas con estos locos, tu vida se terminó. | |
| [END OF VIDEO] | [FIN DEL VIDEO] | |