

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AP/ML/BG
F. #2020R01002

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 9, 2026

By ECF

The Honorable William F. Kuntz II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Herberth Rodríguez, et al.
                Criminal Case No. 20-548 (S-3) (WFK)

Dear Judge Kuntz:

      The government respectfully writes to advise the Court that it seeks to obtain a superseding indictment on February 12, 2026, to make three minor revisions to charges against defendant Herberth Rodríguez. As discussed during the conference held on February 9, 2026, given the minimal nature of these changes, neither the government nor defense counsel is seeking a change of the upcoming trial date, which is currently scheduled to begin on February 23, 2026. The government and defense counsel agree that, given the minor changes, additional time is not necessary and neither party is seeking a change of the upcoming trial date.

      As to the revisions, the government first intends to revise Count Two—which currently charges the defendant with narcotics trafficking conspiracy involving 500 grams or more of cocaine, see 21 U.S.C. 841(b)(1)(B)—to the lesser-included offense with no narcotics weight requirement, see 21 U.S.C. 841(b)(1)(B). Second, the government intends to modify the sub-provision of 18 U.S.C. 922(g)(5) charged in Counts Seven and Ten to allege that, rather than possessing ammunition while in the United States under a nonimmigrant visa, see 18 U.S.C. 922(g)(5)(B), the defendant possessed ammunition while illegally or unlawfully in the United States, see 18 U.S.C. 922(g)(5)(A).

      As the Court is aware, the government's proposed jury instructions and verdict form are due on February 9, 2026. See ECF No. 108. To avoid confusion and ensure that the

Court has the most up-to-date information, the government's proposed instructions and verdict form will reflect the law applicable to the anticipated changes to Counts Two, Seven and Ten.

                                               Respectfully submitted,

                                               JOSEPH NOCELLA, JR.
                                               United States Attorney

By:      /s/
                                               Andrés Palacio
                                               Megan Larkin
                                               Brachah Goykadosh
                                               Assistant U.S. Attorneys
                                               (718) 254-7000

cc:    Clerk of the Court (WFK) (by ECF)
        Counsel of Record (by ECF)